IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DOMINIQUE BASTOS, as the personal
representative of Urs Anderegg,
deceased,

      Plaintiff,

  v.

KELOWNA FLIGHTCRAFT, LTD.,
et al.,

      Defendants.

Case No. 2:10-cv-946
Judge Sargus
Magistrate Judge Abel

## ORDER

The Motion by the United States to Intervene (Doc. 40) is **GRANTED**. The United States is permitted to intervene in this matter, and the Clerk is directed to enter Attachment 1 to Document 40 onto the docket. Plaintiff and Defendant shall have fourteen (14) days from the date of this Order to respond to the United States' brief.

**IT IS SO ORDERED.**

_8-4-2011_
DATED

_/s/ Edmund A. Sargus, Jr._
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE