AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DOMINIQUE BASTOS,** as the
Personal Representative of the
Estate of Urs Anderegg, deceased,

        **Plaintiff,**

**vs.**

**KELOWNA FLIGHTCRAFT,
LTD., et al.,**

        **Defendants.**

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-10-946
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

\_\_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    Pursuant to the Opinion and Order filed September 6, 2011, JUDGMENT is hereby entered dismissing this case.  This case is REMANDED to the Court of Common Pleas of Pickaway County.

Date: September 6, 2011                      JAMES BONINI, CLERK

                                                      /S/ Andy F. Quisumbing
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk